# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 15, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151033

In re THOMPSON
_____

TIMOTHY KYLE THOMPSON,
      Plaintiff-Appellant,

v

OAKLAND CIRCUIT COURT,
      Defendant-Appellee.

SC: 151033
COA: 322228
Source of Case:
Oakland CC: 2009-229106-FH

_____/

On order of the Court, the application for leave to appeal the January 16, 2015 order of the Court of Appeals is considered, and it is DENIED, without prejudice to the plaintiff filing a motion in the Oakland Circuit Court, pursuant to MCR 6.433(C)(3), for a court order directing transcription of the relevant proceedings. After a hearing, the circuit court may order production of the requested transcripts if it finds that the plaintiff has demonstrated good cause for doing so. In the event that the transcripts are prepared, the clerk must provide copies to the plaintiff. Should such a hearing be held, we further ORDER the Oakland Circuit Court, in accordance with Administrative Order 2003-03, to determine whether the plaintiff is indigent and, if so, to appoint counsel to represent the plaintiff at the hearing.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 15, 2015


Clerk

s1008